IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ELIZABETH HAMMETT,**<br>     Plaintiff,<br><br>     v.<br><br>**NEW LIFECARE MANAGEMENT LLC and NEW LIFECARE HOSPITALS OF CHESTER COUNTY LLC,**<br>     Defendants. | **CIVIL ACTION**<br><br>**NO. 14-cv-6803** |

## O R D E R

**AND NOW**, this  12th  day of April 2016, after review of Defendants' Motion to Dismiss for Lack of Jurisdiction (ECF 5), Plaintiff's response thereto (ECF 6), and Defendants' Reply thereto (ECF 9), and for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendants' Motion to Dismiss is **GRANTED**, and all of Plaintiff's claims are dismissed without prejudice.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 14\14-6803 hammett v. new lifecare\14cv6803.MotiontoDismissOrder.4.6.16.docx

Blurb: Granting Defendants' Motion to Dismiss where Plaintiff delayed service for more than a year following the filing of the Complaint.